IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MAGELLAN PIPELINE COMPANY, L.P.**                                                    **PLAINTIFF**

v.                                  **Case No. 4:16-cv-00173-KGB**

**ARKANSAS MIDLAND RAILROAD**
**COMPANY, INC.**                                                                       **DEFENDANT**

## ORDER

Plaintiff Magellan Pipeline Company, L.P. and defendant Arkansas Midland Railroad Company, Inc. have filed a stipulation of dismissal wherein they consent and stipulate to the dismissal of this action, with prejudice (Dkt. No. 10).  Accordingly, all pending motions are denied as moot (Dkt. Nos. 4, 7).  This action is dismissed with prejudice.

So ordered this 28th day of April, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge